Richard J. Pocker (Nev. State Bar No. 3568)
DICKERSON, DICKERSON, CONSUL, AND POCKER
777 North Rainbow Boulevard, Suite 350
Las Vegas, NV 89107
(702) 388-8600 (phone)
(702) 388-0210 (fax)

Robert G. Krupka, P.C.
Barry F. Irwin
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)





## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **ACTION GAMING, INC. and IGT** | ) |
| | ) **Case No(s).: CV-01-1109-JCM-PAL** |
| *Plaintiffs,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ALLIANCE GAMING CORP.,** | ) [PROPOSED] **JUDGMENT** |
| **BALLY GAMING, INC. and** | ) |
| **UNITED COIN MACHINE CO.** | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

1.      The jury having returned a verdict against United Coin Machine Co. ("United") and in favor of Action Gaming, Inc. and IGT (collectively "Action") and finding that United has infringed claim 3 of U.S. Patent No. 5,823,873 ("the '873 patent") and claims 1 and 3 of U.S. Patent No. 6,007,066 ("the '066 patent"), which this Court has previously found are not invalid or unenforceable;

2.      The jury having returned a verdict that the method of play of the accused Multi-Play Poker game with autohold infringes claim 3 of the '873 patent and claims 1 and 3 of the '066 patent;

3.      The jury having returned a verdict that Alliance Gaming Corp. ("Alliance") is liable for the infringing conduct of United; and

484

4.    The jury having determined that Action has been damaged in the amount of $7,361.000.00.

IT IS ORDERED that JUDGMENT is entered against Alliance and United, jointly and severally, and in favor of Action in the amount of $ 7,361,000 for infringement of claims 1 and 3 of the '066 Patent and claim 3 of the '873 Patent.

Dated: September 29 , 2004

Hon. James C. Mahan
United States District Judge

2